United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAN L. BACHMEIER, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-08-273 |
| BLUE RANNEFELD, aka RANNEFELD & ASSOCIATES, | § § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| JAN L. BACHMEIER, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-08-356 |
| CACV OF COLO., LLC and HARTFORD FIRE INS. CO., | § § § § | |
| Defendants. | § | |

## ORDER & OPINION

BE IT REMEMBERED that on December __2__, 2008, the Court **GRANTED** Defendant Blue Rannefeld's Motion for Leave to Amend, Dkt. No. 12.

Defendant requests leave to amend the answer. Dkt. No. 12. Defendant states that Plaintiff Jan L. Bachmeier is unopposed to the instant motion. *Id.* at 1. Defendant is reminded that pursuant to Local Rule 7.2 unopposed motions "must bear in their caption 'unopposed.'"

The Court **GRANTS** Defendant Blue Rannefeld's Motion for Leave to Amend, Dkt. No. 12. The District Clerk is instructed to docket the attached document entitled, Defendant's First Amended Answer, Dkt. No. 12, Ex. 1, as a separate entry.

DONE at Brownsville, Texas, on December __2__, 2008.

_____
Hilda G. Tagle
United States District Judge